**Dismiss and Opinion Filed July 22, 2013**



In The

Court of Appeals

Fifth District of Texas at Dallas

_____

No. 05-13-00044-CR

**MARCUS LEROY TURNER, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-52032-T**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and

this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
130044F.U05